BOCCIERI, Respondent, v. NEW YORK CONTRACTING & TRUCKING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Eugene H. Boccieri against the New York Contracting & Trucking Company. No opinion. Judgment and order affirmed, with costs.

BOSTWICK, Appellant, v. YOUNG et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by Charles W. Bostwick, as receiver of the Albany & Hudson Railway & Power Company, against Alden M. Young and others. No opinion. Motion denied, without prejudice to any application the appellant may desire to make, in the Court of Appeals or elsewhere, in case the final judgment should be affirmed in the Court of Appeals.

BOUDEN v. SIRE. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Milton L. Bouden against Leander S. Sire. No opinion. Motion denied, with $10 costs. Order filed.

BRACKIN, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Mary Brackin against Clifford L. Miller and another. No opinion. Judgment and order affirmed, with costs.

BRADLEY, Respondent, v. SWEENY, Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Robert S. Bradley against Charles Sweeny. G. W. Murray, for appellant. R. Russell, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BREESE, Respondent, v. VILLAGE OF MACEDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Annie M. Breese against the village of Macedon. No opinion. Judgment and order affirmed, with costs.

BREESE, Respondent, v. VILLAGE OF MACEDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Annie M. Breese against the village of Macedon. No opinion. Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied, with $10 costs.

BRESEL v. BROWNING. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Abraham N. Bresel against Edward W. Browning. No opinion. Motion granted, with $10 costs. Order filed.

BRISTOL, Respondent, v. CURTISS, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Henry M. Bristol against Frederick A. Curtiss. C. C. Miller, for appellant. R. L. Maynard, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BRISTOW. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) In the matter of the judicial settlement of the account of Henry Bristow, public administrator, as administrator, etc., of Robert E. Boyd, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings county, in so far as appealed from, affirmed, with costs.

WOODWARD and MILLER, JJ., dissent.

BRONDA, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Alexander Bronda against William Crawford. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

BROWN, Respondent, v. ANDERSON, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Ella Gordon Brown against Clarence E. Anderson. No opinion. Judgments and orders affirmed, with costs.

BROWN, Respondent, v. D. APPLETON & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Spencer Brown against D. Appleton & Co.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

ROBSON, J., not sitting.

BROWN, Appellant, v. ENGLISH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Charles B. Brown against Paul A. English and others. No opinion. Order affirmed, with $10 costs and disbursements. See 100 N. Y. Supp. 1107.

BROWN, Appellant, v. NEW YORK & L. I. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by David H. Brown against the New York & Long Island Traction Company. No opinion. Judgment and order of the County Court of Nassau county affirmed by default, with costs.

BROWN, Respondent, v. ZIFF, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Doris Brown against Pauline Ziff. No opinion. Appeal dismissed, with $10 costs and disbursements, on the ground that the order is not appealable.

BROWNING, Appellant, v. SIRE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Ac-